
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
ALL DIVISIONS

Case Numbers: 2:14-MJ-1048; 2:14-MJ-1059; 4:14-MJ-1029 through 4:14-MJ-1051; 4:14-MJ-1052 through 4:14-MJ-1058; 4:14-MJ-1060 through 4:14-MJ-1074; 5:14-MJ-1347 through 5:14-MJ-1428; 5:14-MJ-1430 through 5:14-MJ-1552; 5:14-MJ-1554 through 5:14-MJ-1581; 5:14-MJ-1759 through 1762; 5:14-MJ-1583 through 5:14-MJ-1599; 5:14-MJ-1601 through 5:14-MJ-1750; 5:14-MJ-1758; 5:14-MJ-1769 through 5:14-MJ-1836; 5:14-MJ-1896 through 5:14-MJ-1902; 5:14-MJ-2169 through 5:14-MJ-2171; 7:14-MJ-1053 through 7:14-MJ-1056; 7:14-MJ-1068

| | |
|---|---|
| IN THE MATTERS OF THE SEARCHES ) | <u>ORDER TO UNSEAL</u> |
| OF LOCATIONS WITHIN THIS DIVISION ) | |

Upon motion of the United States, it is hereby ORDERED that the Applications, Affidavits, Motions to Seal, and Orders to Seal in the above-captioned matters be unsealed. The investigation has led to the indictment of David Ricky Godwin, David Ricky Godwin, Jr., and RGB, Inc., now known as Regional Amusements, Inc., 5:15-CR-115-D, and the sealed items are no longer confidential.

This **16** day of July, 2015.

_____
THE HONORABLE JAMES E. GATES
United States Magistrate Judge

FILED

JUL 16 2015


BY_____ DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

Case Numbers: 2:14-MJ-1048; 2:14-MJ-1059; 4:14-MJ-1029 through 4:14-MJ-1051;
4:14-MJ-1052 through 4:14-MJ-1058; 4:14-MJ-1060 through 4:14-MJ-1074; 5:14-MJ-1347
through 5:14-MJ-1428; 5:14-MJ-1430 through 5:14-MJ-1552; 5:14-MJ-1554 through
5:14-MJ-1581; 5:14-MJ-1759 through 1762; 5:14-MJ-1583 through 5:14-MJ-1599;
5:14-MJ-1601 through 5:14-MJ-1750; 5:14-MJ-1758; 5:14-MJ-1769 through 5:14-MJ-1836;
5:14-MJ-1896 through 5:14-MJ-1902; 5:14-MJ-2169 through 5:14-MJ-2171; 7:14-MJ-1053
through 7:14-MJ-1056; 7:14-MJ-1068

IN THE MATTERS OF SEARCHES OF )
LOCATIONS WITHIN THIS DISTRICT ) MOTION TO UNSEAL
)

The United States requests that the Applications, Affidavits, Motions to Seal and Orders Sealing in the above captioned matters be unsealed. The underlying investigation has led to the indictment of David Ricky Godwin, David Ricky Godwin, Jr., and RGB, Inc., now known as Regional Amusements, Inc., 5:15-CR-115-D, and the sealed items are no longer confidential.

Respectfully submitted this 16th day of July, 2015.

THOMAS G. WALKER
United States Attorney

DAVID A. BRAGDON
Assistant United States Attorney, Criminal Division
U.S. Attorney's Office
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Phone: 919-856-4530; Fax: 919-856-4487
e-mail: david.bragdon@usdoj.gov
State Bar No. 33564